**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10035-STA |
| DAVID BLAKE PATRICK, ) | |
| Defendant. ) | |

---

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on November 20, 2017, Assistant United States Attorney, Matt Wilson, appearing for the Government and the defendant, David Blake Patrick, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, FEBRUARY 20, 2018 at 9:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the U.S. Marshals.

**ENTERED** this the 20th day of November, 2017.

> s/ S. Thomas Anderson
> CHIEF JUDGE, U. S. DISTRICT COURT